IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROLAND VOGEL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>　　　　　　Defendant. | 8:25CV46<br><br>ORDER ON STIPULATED MOTION TO DISMISS WITH PREJUDICE |

　　This case is before the Court on the parties' Stipulation of Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(ii) signed by counsel for all parties. Filing 19. The parties stipulate to the dismissal of all of Plaintiff's claims against BNSF with prejudice, with each party to pay its own attorney's fees and costs. Filing 19 at 1. Accordingly,

　　IT IS ORDERED that the parties' Stipulation of Voluntary Dismissal, Filing 19, is accepted, and this case is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

　　Dated this 26th day of September, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1